ORIN WEEKS v. CAROLINA TELEPHONE AND TELEGRAPH COMPANY.

(Filed 11 October, 1916.)

ACTION to recover damages, tried before *Bond, J.,* at February Term, 1916, of LENOIR.

The nature of the action and the material facts are stated in the report of the former appeal, 168 N. C., 469.

*G. V. Cowper, Loftin, Dawson & Manning, and Rouse & Land for plaintiff.*
*G. M. T. Fountain & Son and Y. T. Ormond for defendant.*

PER CURIAM. This action was tried in accordance with the opinion upon former appeal, and as the jury has, upon competent evidence, found the contract as contended for by the plaintiff, the judgment must be affirmed.

No error.

BROWN, J., not sitting.

---

TAYLOR, ADMINISTRATOR, v. COLE MANUFACTURING COMPANY.

THIS is an action to recover damages for wrongful death.

There was a verdict and judgment in favor of the plaintiff, and the defendant excepted and appealed.

*Butler & Herring for plaintiff.*
*Grady & Graham for defendant.*

PER CURIAM. We have carefully examined the exceptions contained in the record, and we find no sufficient reason for disturbing the verdict and judgment.

No error.